UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BALDHOSKY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:14-cv-0166-MJS<br><br>**ORDER DENYING MOTION FOR CASE TO PROCEED AND FOR ISSUANCE OF SUMMONSES**<br><br>**(ECF NO. 3)** |

　　　　Plaintiff is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.)

　　　　On March 5, 2014, Plaintiff filed a motion for the case to proceed and for issuance of summonses. (ECF No. 3.) On October 20, 2014, the Court screened Plaintiff's first amended complaint (ECF No. 8), summonses were issued, and Plaintiff was directed to serve Defendants. (ECF Nos. 8-15.)

As summonses have been issued and the case is proceeding, Plaintiff's motion (ECF No. 3) is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   November 11, 2014          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE