UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BALDHOSKY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VIDAL SANCHEZ, et al.,<br><br>　　　　Defendants. | CASE NO. 1:14-cv-00166-LJO-MJS (PC)<br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**<br><br>**(ECF NO. 37)** |

　　　　Plaintiff is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action was dismissed on statute of limitations grounds on April 22, 2015. (ECF Nos. 27 & 35.)

　　　　Before the Court is Plaintiff's motion for default judgment against Defendant Dwivedi. (ECF No. 37.)  The motion was filed on May 8, 2015, after the dismissal of the case and entry of judgment against Plaintiff. (ECF No. 36.)

　　　　Plaintiff is not entitled to default judgment.  Judgment has been entered, and the case has been closed.  (ECF No. 36.)  There is no existing case or controversy in which Plaintiff could obtain a default judgment against any Defendant.

　　　　Accordingly, Plaintiff's motion for default judgment is HEREBY DENIED.

IT IS SO ORDERED.

　　Dated:　　June 22, 2015　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE