UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BALDHOSKY,<br><br>       Plaintiff,<br><br>   v.<br><br>VIDAL SANCHEZ, et al.,<br><br>       Defendants. | CASE NO. 1:14-cv-00166-LJO-MJS (PC)<br><br>**ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE**<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff is a former state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 7, 2014. (ECF No. 1.)  The case proceeds on Plaintiff's first amended complaint, filed April 29, 2014. (ECF No. 7.)  The action was dismissed on statute of limitations grounds on April 22, 2015. (ECF Nos. 27 & 35.)  However, on August 4, 2016, the Ninth Circuit reversed the dismissal and remanded for further proceedings.  (ECF No. 44.)

In light of the foregoing, IT IS HEREBY ORDERED THAT Defendants shall file a responsive pleading or motion within twenty-one (21) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   August 9, 2016                         /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE