UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BALDHOSKY,<br><br>    Plaintiff,<br><br>    v.<br><br>VIDAL SANCHEZ, et al.,<br><br>    Defendants. | **CASE NO. 1:14-cv-00166-LJO-MJS (PC)**<br><br>**ORDER GRANTING MOTION TO FILE ELECTRONICALLY**<br><br>**(ECF No. 46)**<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO FILE A BILL OF COSTS**<br><br>**(ECF No. 47)**<br><br>**CLERK TO SEND PLAINTIFF PRO SE ECF PETITION AND CONSENT FORM** |

**I.    Introduction**

Plaintiff is a former state prisoner proceeding pro se in this civil rights action. The Court dismissed Plaintiff's case on April 22, 2015. (ECF Nos. 27 & 35.) Plaintiff appealed. (ECF No. 38.) On August 4, 2016, the Ninth Circuit vacated this Court's judgment and remanded Plaintiff's case. (ECF No. 44.)

Before the Court are two motions filed by Plaintiff: (1) a motion requesting leave to file electronically (ECF No. 46) and (2) a motion to file a bill of costs with the Court. (ECF No. 47.)

**II.     Motion to File Electronically**

Pursuant to Eastern District of California Local Rule 133(b)(2), "[a]ny person appearing pro se may **not** utilize electronic filing except with the permission of the [assigned judge]." (emphasis in original.) A request to file electronically must set out an explanation for the exception. E.D. Local Rule 133(b)(3).

Plaintiff asks that the Court permit him to file electronically because he is a paraplegic and has mobility issues. He asserts that it is difficult to venture to the local post office or Federal Express office to mail paper copies of his filings, and it is not always possible to find someone to mail the documents for him. He affirms that he has the technical requirements to file electronically.

Based on the foregoing, the Court grants Plaintiff's motion to file electronically subject to the requirements set out below.

**III.    Motion to File Bill of Costs**

Plaintiff requests costs in the amount of $505.00 for filing fees, $135.11 for mailing fees, and $35.00 for copying costs, totaling $675.11.  (ECF No. 47.)

In its judgment remanding Plaintiff's case, the Ninth Circuit ordered Appellees (Defendants) to bear costs on appeal.  (ECF No. 44 at 3.)  The judgment included instructions for Appellant (Plaintiff) to file a Bill of Costs in accordance with the rules set out in Federal Rule of Appellate Procedure 39 and Ninth Circuit Rule 39-1. (ECF No. 44 at 6.)

Ninth Circuit Rule 39-1.1 mandates that an itemized and verified bill of costs pursuant to Federal Rule of Appellate Procedure 39(d) be submitted on a standard form, called "Form 10. Bill of Costs."  Form 10 must be filed with the Clerk of Court for the Ninth Circuit within fourteen (14) days of the entry of judgment; a late bill of costs must be accompanied by a motion showing good cause.  Form 10, and instructions for completing it, are available at http://cdn.ca9.uscourts.gov/forms/.

Plaintiff's motion does not comport with the requirements set forth in Ninth Circuit Rule 39-1.1 and so must be denied, albeit without prejudice.  If Plaintiff wishes to file a

bill of costs, he **must** file a completed Form 10 with the Ninth Circuit within fourteen (14) days of the date of the Ninth Circuit's judgment. Any late filing must be accompanied by a motion showing good cause.

**IV.     Conclusion**

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to file electronically (ECF No. 46) is GRANTED **subject, however, to Plaintiff first complying with the following prerequisites:**
   a. The Clerk of the Court shall mail to Plaintiff a "Petition by Pro Se Litigant for ECF Registration and Consent to Electronic Service" form for Plaintiff to sign and return to the Clerk along with his email address;
   b. Plaintiff must continue to file all documents in paper form until he signs and returns the said Petition and is issued a login and password and provides his email address. Plaintiff must maintain a working email address; and
2. Plaintiff's motion to file a bill of costs with the Court (ECF No. 47) is DENIED without prejudice. Plaintiff must file his bill of costs in accordance with the procedures outlined in Federal Rule of Appellate Procedure 39 and Ninth Circuit Rule 39-1.

IT IS SO ORDERED.

Dated:   August 17, 2016          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

3