UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BALDHOSKY,<br><br>Plaintiff,<br><br>v.<br><br>V. SANCHEZ, et al.,<br><br>Defendants. | **CASE NO. 1:14-cv-00166-LJO-MJS (PC)**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR COSTS**<br><br>**(ECF No. 57)** |

Plaintiff is a former prisoner proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 26, 2016, Plaintiff filed a motion seeking costs in the amount of $505.00 against Defendants. (ECF No. 57.) His motion included a completed Bill of Costs. (ECF No. 57-1.) On February 3, 2017, costs were taxed against Defendants. (ECF No. 58.)

Based on the foregoing, Plaintiff's motion (ECF No. 57) is GRANTED.
IT IS SO ORDERED.

Dated: July 5, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE