IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BALDHOSKY,<br><br>    Plaintiff,<br><br>    vs.<br><br>VIDAL SANCHEZ, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-00166-LJO-MJS<br><br>**SECOND MODIFIED SCHEDULING ORDER**<br><br>**Pretrial Telephonic Confirmation Hearing:** August 24, 2018, at 1:30 p.m. in Courtroom 6 (MJS)<br><br>**Jury Trial:** October 23, 2018, at 8:30 a.m. in Courtroom 4 (LJO) |

    Plaintiff, a former prisoner, proceeds with counsel in this civil rights case filed pursuant to 42 U.S.C. § 1983. On June 14, 2017, the Court issued an order modifying the trial schedule, and directed the parties to file a proposed joint scheduling report within thirty days. (ECF No. 66.) On July 11, 2017, the parties jointly proposed a schedule modification (ECF No. 68) which the Court finds acceptable and adopts as set out below.

    In addition, the Court imposes the following additional deadlines and requirements:

    1) The parties shall file a Joint Pretrial Statement on or before July 24, 2018.

2) If Plaintiff anticipates calling any incarcerated witnesses, he must move the Court for their attendance on or before June 29, 2018. Any opposition by the Defense must be filed on or before July 24, 2018.

Accordingly, IT IS HEREBY ORDERED that the following dates and deadlines shall apply to all further proceedings in this case:

| Event | Deadline/Date |
|---|---|
| Amendment of Pleadings Deadline | September 15, 2017 |
| Non-Expert Discovery Deadline | January 24, 2018 |
| Discovery Motion Filing Deadline: | January 24, 2018 |
| Expert Disclosure Deadline: | February 9, 2018 |
| Rebuttal Expert Disclosure Deadline: | February 23, 2018 |
| Expert Discovery Deadline: | March 30, 2018 |
| Expert Discovery Motion Filing Deadline: | March 30, 2018 |
| Dispositive Motion Filing Deadline: | April 30, 2018 |
| Settlement Conference: | If and as requested |
| Motion for Incarcerated Witnesses Attendance: | June 29, 2018 |
| Opposition to Incarcerated Witnesses Attendance: | July 24, 2018 |
| Joint Pretrial Statement Filing Deadline: | July 24, 2018 |
| Final Pretrial Conference: | August 24, 2018 |
| Trial: | October 23, 2018 |

And IT IS FURTHER ORDERED that all previously imposed dates and deadlines inconsistent with this order are VACATED.

IT IS SO ORDERED.

Dated:   July 14, 2017            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE