UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BALDHOSKY,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | CASE NO. 1:14-cv-00166-LJO-MJS (PC)<br><br>**ORDER REQUIRING PARTIES TO SUBMIT JOINT PROPOSED SCHEDULE**<br><br>**DEADLINE: JULY 13, 2018** |

Plaintiff is a former state prisoner proceeding with counsel in this civil rights action brought pursuant to 42 U.S.C. § 1983. He has recently filed a second amended complaint. (ECF No. 81.)

To allow time for Plaintiff to serve additional defendants, and to facilitate the setting of a further schedule for this litigation, the parties are HEREBY ORDERED to file, on or before July 13, 2018, a joint proposed schedule for further litigation of this action.

IT IS SO ORDERED.

Dated: April 15, 2018            /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE