UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BALDHOSKY,<br><br>Plaintiff,<br><br>v.<br><br>VIDAL SANCHEZ, *et al.*,<br><br>Defendants. | Case No. 1:14-cv-00166-LJO-JDP<br><br>ORDER DIRECTING CLERK'S OFFICE TO CLOSE CASE PURSUANT TO PARTIES' VOLUNTARY DISMISSAL |

On February 19, 2019, plaintiff filed a stipulation dismissing the action with prejudice. ECF No. 119. In light of this filing, this action has been terminated and dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the clerk of the court is directed to vacate all pending dates and deadlines and close this case.

IT IS SO ORDERED.

Dated: February 20, 2019

UNITED STATES MAGISTRATE JUDGE

1

No. 203.